THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN NELSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. H-05-294 |
| § | |
| MGM GRAND HOTEL, L.L.C., § | |
| MGM GRAND RESORTS, L.L.C., § | |
| and MGM MIRAGE, § | |
| § | |
| Defendants. § | |

## JUDGMENT

Because of the Court's Memorandum and Order of today's date, this case is

**DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 58(a).

IT IS SO ORDERED.

SIGNED this 12th day of August, 2005.

*/s/ Keith P. Ellison*

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS NOTICE SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.